MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

**FILED**

APR 0 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JUVENAL PICHARDO-PACHECO, <br>     Defendant. | No. 13-CR-00014 EJD <br><br> **NOTICE OF DISMISSAL AND [PROPOSED] ORDER** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: April 4, 2013    MELINDA HAAG
                                United States Attorney

                                /s/
                                CAROLYNE A. SANIN
                                Special Assistant United States Attorney

1

[~~PROPOSED~~] ORDER

The Court hereby grants the government leave to dismiss the indictment without prejudice.

IT IS SO ORDERED.

DATED: 4/4/13

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

2